United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-16269-amc
Evelyn Rivera                                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1              Date Rcvd: Dec 14, 2016
                           Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db             +Evelyn Rivera,   10814 Modena Ter,   Philadelphia, PA 19154-3920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
          Liability Company ecfmail@mwc-law.com
          GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
          gfs@trustesolutions.net;hsmith@gsbblaw.com
          JENNIFER SCHULTZ    on behalf of Debtor Evelyn  Rivera jschultz@clsphila.org
          JENNIFER SCHULTZ    on behalf of Defendant Evelyn  Rivera jschultz@clsphila.org
          KEVIN G. MCDONALD    on behalf of Defendant   Bayshore Loan Servicing KMcDonald@blankrome.com
          KEVIN G. MCDONALD    on behalf of Defendant   BANK OF AMERICA KMcDonald@blankrome.com
          THOMAS I. PULEO    on behalf of Defendant   KML Group, Inc. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

Debtor 1     **Evelyn Rivera**      Case number (if known) _____

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Evelyn Rivera** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known) | |

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

☑ **GRANTED.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☐ **DENIED.** The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _____ | _____ |
| | Month/ day/ year |
| $ _____ | _____ |
| | Month/ day/ year |
| $ _____ | _____ |
| | Month/ day/ year |
| + $ _____ | _____ |
| | Month/ day/ year |
| **Total**   $ _____ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held
on _____ at _____ AM/PM at _____
    Month/ day/ year      Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

**Date: December 14, 2016**      **By the court:** _____

_____         United States Bankruptcy Judge

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy