**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| EVELYN RIVERA, | : | Bankruptcy No. 16-16269-AMC |
| | : | |
| Debtor | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion to Avoid Judicial Lien, it is hereby ORDERED and DECREED that Debtor's motion is hereby GRANTED. The judicial lien held by John Lynch for *Lynch v. Rivera*, Philadelphia Court of Common Pleas No. 150304249, against Debtor's property, 10814 Modena Terrace, Philadelphia, PA 19154, is avoided upon discharge.

BY THE COURT:

_____

United States Bankruptcy Judge

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
                                                    :
EVELYN RIVERA,                      :          Bankruptcy No. 16-16269-AMC
                                                    :
    Debtor                               :

## CERTIFICATE OF SERVICE

I, Jennifer Schultz, Esq., hereby certify that the foregoing amended proposed order related to Debtor's Motion to Avoid Judicial Lien and this Certificate of Service will be served upon the following parties, via first class mail on 1/3/2017:

John J. Lynch
3281 Red Lion Road, Apt. #1
Philadelphia, PA 19114

John Lynch, #562783
Curran-Fromhold Correctional Center (CFCF)
7901 State Road
Philadelphia, PA 19136

Gary F. Seitz
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106

Date December 30, 2016              /s/ Jennifer Schultz
                                                                 Jennifer Schultz, Esq.
                                                                 Attorney for Defendant Evelyn Rivera