IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :
                                          :
EVELYN RIVERA,                            :    Bankruptcy No. 16-16269-AMC
                                          :
  Debtor                                  :

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion to Avoid Judicial Lien, it is hereby ORDERED and DECREED that Debtor's motion is hereby GRANTED. The judicial lien held by John Lynch for *Lynch v. Rivera*, Philadelphia Court of Common Pleas No. 150304249, against Debtor's property, 10814 Modena Terrace, Philadelphia, PA 19154, is avoided upon discharge.

BY THE COURT:

_____
United States Bankruptcy Judge

1