United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16269-amc
Evelyn Rivera                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW         Page 1 of 1         Date Rcvd: Jan 11, 2017
                        Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db          +Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920
            +John Lynch,    3281 Red Lion Road,    Apt#1,    Philadelphia, PA 19114-1108
            +John Lynch #562783,    Curran-Fromhold Correctional Center,    7901 State Road,
              Philadelphia, PA 19136-3493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2017 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company ecfmail@mwc-law.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              JENNIFER  SCHULTZ    on behalf of Defendant Evelyn  Rivera jschultz@clsphila.org
              JENNIFER  SCHULTZ    on behalf of Debtor Evelyn  Rivera jschultz@clsphila.org
              KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing KMcDonald@blankrome.com
              THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
EVELYN RIVERA, : Bankruptcy No. 16-16269-AMC
:
Debtor :

**ORDER**

AND NOW, this ____ day of _____, 2017, upon consideration of the Motion to Avoid Judicial Lien, it is hereby ORDERED and DECREED that Debtor's motion is hereby GRANTED. The judicial lien held by John Lynch for *Lynch v. Rivera*, Philadelphia Court of Common Pleas No. 150304249, against Debtor's property, 10814 Modena Terrace, Philadelphia, PA 19154, is avoided upon discharge.

BY THE COURT:

_____
United States Bankruptcy Judge

1