In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re: Evelyn Rivera | Bankruptcy No. # 16-16269-2016

John J Lynch
V
Evelyn Rivera

Adversary Complaint No. # 1600301
2016

## Notice of Appeal for 1-4-17 Order

Notice is hereby given that John J Lynch creditor/ and adversary complainant hereby appeals the order of the court in the above references "bankruptcy" to the United States District Court for the Eastern District of Penna.

John J Lynch
1-18-17

CC: Judge Chan
U.S. District Court
U.S. Trustee
Jennifer Schultz
Gary Seitz
John J Lynch
1-26-17

FILED
JAN 25 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK