In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re: Evelyn Rivera     |     Bankruptcy No# 16-16269- 2016

John J Lynch
        V
Evelyn Rivera          |     adversary Complaint No# 1600301
                                      2016

## Notice of Appeal for
## 1-4-17 order

Notice is hereby given that John J Lynch creditor /
and adversary Complaintont hereby appeals the order of
the court in the above referenced "bankruptcy" to
the United states District Court for the Eastern
District of Penna.

John J Lynch
1-18-17

CC: Judge Chan
U.S. District Court
U.S. Truster
Jennifer Schultz
Gary Seitz
John J Lynch.
        1-26-17

FILED

JAN 25 2017

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK