In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re: Evelyn Rivera             Bankruptcy No# 16-16269-2016

John J Lynch
      v                          Adversary Complaint No# 16 0030/AM
Evelyn Rivera                                              2016

                                 appealed

## Petition to Proceed In Forma Pauperis

To: the Judges of the United States Bankruptcy Court:

1. I John J Lynch am the creditor/plaintiff in the above "matters" and because of my financial condition I am unable to pay the fees, and cost of prosecuting the appeals in the action/proceedings stated.

2. I am unable to obtain funds from anyone, including my family, and associates, to pay the cost of litigation

3. I represent that the information below relating to my ability to pay fees/cost are true and correct.

a. name — John J. Lynch
   3281 Red Lion apt 1
   Phila PA, 19114

FILED
JAN 25 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

b. Employment — none

c. Other income within the past 12 months

Business or Profession — none
self employment — none
interest — none
Dividends — none
Pension — 1075.00 VA.
Social Security — none
Support payments — none
Disability payments — none — or see pensions.
Unemployment comp — none
workmens comp — none
Public Assist. — 26.00 Food Stamps + (H.U.D.) (V.A.S.H)
other — none

d. Other contributions to household.
none

e. Property owned

cash — none
checking — (−4.35) citizens
savings — none
Cert of Deposit — none
Real Estate — none
Motor Vehicle — 99 chevy Broke down

Stocks and bonds — none
other — none

F. Debts and obligations
Phone 40.00 mo. Elect. 75.00 mo. GAS 75.00 mo
Rent — 195.00
Loans — 1,500.00 Ship motors
— 300.00 Mom
other — Medical Bills 15,000.00
ARIA health system

g. Persons dependent upon you for support
none — help mom out with money
when I can. she 84 yrs

4. I understand that I have a continuing obligation to inform the Court of improvements in my financial circumstances which would permit me to pay the cost incurred herein.

5. I verify that the statements made herein this affidavit are true and correct, I understand that false statements here in are subject to the penalties in the U.S.C.

— John J. Lynch

John Lynch
1-4-17

Case 16-16269-amc    Doc 36    Filed 01/25/17    Entered 01/26/17 15:26:54    Desc Main
Document      Page 6 of 6