In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

John J Lynch                    : No. # 16 00301 - 2016 Amc

Evelyn Rivera

_____

In Re Evelyn Rivera | No. # 16269-2016 Amc

By adversary

Motion/Petition to Consolidate for appeal

to the Chief Judge of the court;

John J Lynch adversary Petitions and/or
otherwise Moves to Consolidate the above
captioned matters for appeal before
the United States District court for the
Eastern District of Pennsylvania,
and represents the following:

1. As, it is illustrated by the exhibits attached
to the Petition to appeal Nunc Pro tunc
the order of the court was delayed
in being delivered into the ~~hands of the~~
appellant,

FILED

JAN 25 2017

TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

2  The issues as to non dischargeability ring in both matters.

3, the issues as to the insurance coverage being accessable to the appellant under Pa. R. C. P. 3159 A (6) ring in both matters

4, that by filing a Bankruptcy before this court the Petitioner opened the door and placed the entire estate including the issue of the insurance payout, as well as loss of lien priority for lack of that required coverage on the interest of Both the owner, and other interested parties in the estate,

5, that the adversary holds judgement for personal injury of a permanate nature to his left eye, caused by the debtors willful conduct in opening a locked door to dangerous, and violent persons, and did bring a violent episode into the adversary Residence as discussed in Petitioners response to motion to dismiss, instead of waiting for the police to arrive,

6. that the "Estate" must produce the Insurance information so a claim may be processed, and paid or suffer the loss in the amount owed by the judicial lien for the willful conduct that caused the injury as stated.

7. that it is economic and time saving in the consolidation of the matters for appeal.

Respectfully
Submitted
John Lynch
1-18-17

# Certificate of Service

I John J Lynch certifies herein that I have served the attached I F P, and notice of appeal upon the persons listed below by 1ST class mail on the 18th day of January 2017 (along with Motion to Consolidate)

John J Lynch

1. Jennifer Schultz Esq
1410 West Erie ave
Phila PA, 19104

(2) Gary F Seitz Esq
U S trustee
601 Walnut st
suite# 280
phila PA, 19106

(4) Representing Bayview
KML Group Llc
701 Market st
phila PA 19106

(3) Evelyn Riviera
10814 Modena terr,
phila PA, 19154