UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

January 27, 2017

Re:   Evelyn Rivera
      Bankruptcy No.: 16-16269AMC
      Civil Action No.

Dear Mary C. Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(X) Certificate of appeal from order entered January 5, 2017 and Dated January 4, 2017 by the Honorable Ashely M. Chan.
    Notice of appeal filing fee ( )paid   (X)not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
    ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:_____
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____.

Civil Action No. _____     Signature:_____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____

BFL5.frm(rev 2/15)

In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re: Evelyn Rivera | Bankruptcy No.# 16-16269-2016

John J Lynch
    v
Evelyn Rivera | Adversary Complaint No.# 1600301
                                                   2016

### Notice of Appeal for 1-4-17 Order

Notice is hereby given that John J Lynch creditor/ and adversary complainant hereby appeals the order of the Court in the above referenced "bankruptcy" to the United States District Court for the Eastern District of Penna.

John J Lynch
1-18-17

CC: Judge Chan
    U.S. District Court
    U.S. Trustee
    Jennifer Schultz
    Gary Seitz
    John J Lynch
    1-26-17

FILED
JAN 25 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

727OBJ, IFP, APPEAL

## U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
## Bankruptcy Petition #: 16-16269-amc

|  |  |
|---|---|
| *Assigned to:* Judge Ashely M. Chan | *Date filed:* 09/07/2016 |
| Chapter 7 | *341 meeting:* 10/11/2016 |
| Voluntary | *Deadline for filing claims (govt.):* 03/06/2017 |
| No asset | *Deadline for objecting to discharge:* 12/05/2016 |
|  | *Deadline for financial mgmt. course:* 12/05/2016 |

*Debtor*
**Evelyn Rivera**
10814 Modena Ter
Philadelphia, PA 19154
PHILADELPHIA-PA
SSN / ITIN: xxx-xx-2232

represented by **JENNIFER SCHULTZ**
Community Legal Services
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140-4111
215 227-2400x2420
Fax : 215 227-2435
Email: jschultz@clsphila.org

*Trustee*
**GARY F. SEITZ**
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106
215-238-0011

represented by **GARY F. SEITZ**
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106
215-238-0011
Fax : 215-238-0016
Email: gseitz@gsbblaw.com

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/07/2016 | 1 | Chapter 7 Voluntary Petition for Individual . IFP waived Filed by Evelyn Rivera. Government Proof of Claim Deadline: 03/6/2017.Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Due09/21/2016 Schedule C due 09/21/2016. Schedule D due 09/21/2016. Schedule E/F due 09/21/2016. Schedule G due 09/21/2016. Schedule H due 09/21/2016. Statement of Financial Affairs due 09/21/2016. Summary of Assets and Liabilities Form B106 due 09/21/2016. Means Test Calculation Form 122A-2 Due: 9/21/2016.. Incomplete Filings due by 09/21/2016. (SCHULTZ, JENNIFER) Modified on 9/8/2016 (G., Jennifer). (Entered: 09/07/2016) |
| 09/07/2016 | 2 | Matrix Filed. Number of pages filed: 9, Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/07/2016) |
| 09/07/2016 | 3 | Statement of Social Security Number Received. Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/07/2016) |
| 09/07/2016 | 4 | Application to Have the Chapter 7 Filing Fee Waived, to Proceed In Forma Pauperis Filed by Evelyn Rivera Represented by JENNIFER SCHULTZ (Counsel). (SCHULTZ, JENNIFER) (Entered: 09/07/2016) |
| 09/07/2016 | 5 | Certificate of Credit Counseling Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/07/2016) |
| 09/08/2016 | 6 | Notice of Appointment of Trustee . GARY F. SEITZ added to the case.. (MILLER, NANCY) (Entered: 09/08/2016) |
| 09/08/2016 | 7 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Due09/21/2016 Schedule C due 09/21/2016. Schedule D due 09/21/2016. Schedule E/F due 09/21/2016. Schedule G due 09/21/2016. Schedule H due 09/21/2016. Statement of Financial Affairs due 09/21/2016. Summary of Assets and Liabilities Form B106 due 09/21/2016. Means Test Calculation Form 122A-2 Due: |

| | | | |
|---|---|---|---|
| | | | 9/21/2016. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (G., Jennifer) (Entered: 09/08/2016) |
| 09/10/2016 | | 8 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 7)). No. of Notices: 1. Notice Date 09/10/2016. (Admin.) (Entered: 09/11/2016) |
| 09/11/2016 | | 9 | Notice of Appearance and Request for Notice Filed by Synchrony Bank. (SINGH, RAMESH) (Entered: 09/11/2016) |
| 09/12/2016 | | 10 | Adversary case 16-00301. Complaint by John J. Lynch against Evelyn Rivera , BANK OF AMERICA , Bayshore Loan Servicing , KML Group, Inc. . Fee Amount $0.00 . (Attachments: # 1 Adversary Coversheet # 2 Certificate of Service) (21 (Validity, priority or extent of lien or other interest in property)) ,(31 (Approval of sale of property of estate and of a co-owner - 363(h))) ,(41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) ,(91 (Declaratory judgment)) (G., Jennifer) (Entered: 09/12/2016) |
| 09/12/2016 | | 11 | Meeting of Creditors . 341(a) meeting to be held on 10/6/2016 at 10:00 AM at 833 Chestnut Street, Suite 501, Philadelphia, PA. Financial Management Course Certificate Due: 12/5/2016. Last day to oppose discharge or dischargeability is 12/5/2016. (P., Cathy) (Entered: 09/12/2016) |
| 09/13/2016 | | 12 | Notice of Appearance and Request for Notice by CELINE P. DERKRIKORIAN Filed by CELINE P. DERKRIKORIAN on behalf of Bayview Loan Servicing, LLC, A Delaware Limited Liability Company. (Attachments: # 1 Certificate of Service) (DERKRIKORIAN, CELINE) (Entered: 09/13/2016) |
| 09/14/2016 | | 13 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 11)). No. of Notices: 51. Notice Date 09/14/2016. (Admin.) (Entered: 09/15/2016) |
| 09/16/2016 | | 14 | Continued Meeting of Creditors. 341(a) meeting to be held on 10/11/2016 at 10:00 AM at U.S. Bankruptcy Court Mediation Room Four, 900 Market Street, Room No. 236, Philadelphia. Financial Management Course Certificate Due: 12/5/2016. Last |

| | | |
|---|---|---|
| | | day to oppose discharge or dischargeability is 12/5/2016. (H., Lisa) (Entered: 09/16/2016) |
| 09/18/2016 | 15 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 14)). No. of Notices: 52. Notice Date 09/18/2016. (Admin.) (Entered: 09/19/2016) |
| 09/20/2016 | 16 | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/20/2016) |
| 09/20/2016 | 17 | Statement of Financial Affairs for Individual Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/20/2016) |
| 09/20/2016 | 18 | Schedules A/B - J *Deficiencies only C - H* Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/20/2016) |
| 09/20/2016 | 19 | Summary of Assets and Liabilities and Certain Statistical Information Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/20/2016) |
| 09/21/2016 | 20 | Statement of Intent. Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 09/21/2016) |
| 10/06/2016 | | Meeting of Creditors Held and Concluded on: 10/6/2016. (SEITZ, GARY) (Entered: 10/06/2016) |
| 10/07/2016 | 21 | Praecipe to Withdraw *Meeting Held and Concluded Notice* Filed by GARY F. SEITZ on behalf of GARY F. SEITZ (related document(s)). (SEITZ, GARY) (Entered: 10/07/2016) |
| 10/11/2016 | | Meeting of Creditors Held and Concluded on: 10/11/2016. (SEITZ, GARY) (Entered: 10/11/2016) |
| 10/11/2016 | | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no |

|  |  |  |
|---|---|---|
|  |  | property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 195571.00, Assets Exempt: $ 18900.00, Claims Scheduled: $ 442147.81, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 442147.81. Filed by GARY F. SEITZ. (SEITZ, GARY) (Entered: 10/11/2016) |
| 12/01/2016 |  | Disposition of Adversary 2:16-ap-301 dismissed (related document(s)5, 1). (D., Stacey) (Entered: 12/01/2016) |
| 12/05/2016 | 22 | Debtor Education Financial Management Course Certificate Filed for Debtor. Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera. (SCHULTZ, JENNIFER) (Entered: 12/05/2016) |
| 12/06/2016 | 23 | Motion to Avoid Lien with John Lynch Filed by Evelyn Rivera Represented by JENNIFER SCHULTZ (Counsel). (Attachments: # 1 Proposed Order # 2 Service List # 3 Exhibit Ex A # 4 Exhibit Ex B # 5 Exhibit Ex C) (SCHULTZ, JENNIFER) (Entered: 12/06/2016) |
| 12/06/2016 | 24 | Notice of (related document(s): 23 Motion to Avoid Lien with John Lynch ) Filed by Evelyn Rivera. Hearing scheduled 1/4/2017 at 11:00 AM at nix5 - Courtroom #5. (SCHULTZ, JENNIFER) (Entered: 12/06/2016) |
| 12/06/2016 | 25 | Certificate of Service Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera (related document(s)24, 23). (SCHULTZ, JENNIFER) (Entered: 12/06/2016) |
| 12/14/2016 | 26 | Order Granting Application to Have the Chapter 7 Filing Fee Waived, To Proceed in forma pauperis (Related Doc # 4) (D., Stacey) (Entered: 12/14/2016) |
| 12/16/2016 | 27 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 26)). No. of Notices: 1. Notice Date 12/16/2016. (Admin.) (Entered: 12/17/2016) |

| | | |
|---|---|---|
| 12/20/2016 | 28 | (Letter) Response to Motion to Avoid Lien filed by Debtor Evelyn Rivera Filed by John Lynch (related document(s)23). (D., Stacey) (Entered: 12/20/2016) |
| 12/30/2016 | 29 | Proposed Order Re: Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera (related document(s)23). (SCHULTZ, JENNIFER) (Entered: 12/30/2016) |
| 01/04/2017 | 30 | Hearing Held on 23 Motion to Avoid Lien with John Lynch Filed by Evelyn Rivera Represented by JENNIFER SCHULTZ (Counsel). (Attachments: # 1 Proposed Order # 2 Service List # 3 Exhibit Ex A # 4 Exhibit Ex B # 5 Exhibit Ex C) filed by Debtor Evelyn Rivera (related document(s),23). Order entered. (D., Stacey) (Entered: 01/04/2017) |
| 01/04/2017 | 31 | Order Granting Motion To Avoid Lien with John Lynch. (Related Doc # 23) (D., Stacey) (Entered: 01/05/2017) |
| 01/07/2017 | 32 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 31)). No. of Notices: 1. Notice Date 01/07/2017. (Admin.) (Entered: 01/08/2017) |
| 01/13/2017 | 33 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 31)). No. of Notices: 3. Notice Date 01/13/2017. (Admin.) (Entered: 01/14/2017) |
| 01/25/2017 | 34 | Notice of Appeal to District Court. . Receipt Number 0, Fee Amount $0 Filed by John Lynch (related document(s)31). Appellant Designation due by 2/8/2017. Transmission of record on appeal to District Court Due Date:2/22/2017. CC: Judge Chan, District Court, U.S. Trustee, Jennifer Schultz, Gary Seitz, John J. Lynch (1-26-17)(D., Stacey) . (Entered: 01/26/2017) |
| 01/25/2017 | 36 | Petition to Proceed In Forma Pauperis on Notice of Appeal Filed by John Lynch . (D., Stacey) (Entered: 01/26/2017) |
| 01/25/2017 | 37 | Motion/Petition to Consolidate for Appeal Filed by John Lynch Represented by Self(Counsel). (D., Stacey) (Entered: 01/26/2017) |
| 01/26/2017 | 35 | Courts Certificate of mailing : CC; Judge Chan, U.S. District Court, U.S. Trustee, Jennifer Schultz, Gary Seitz, John J. Lynch (1-26-17) (related document(s)34). (D., Stacey) (Entered: 01/26/2017) |

*[handwritten: 1-27-17, signature]*