*FILED FEB -6 2017*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN J. LYNCH | : | CIVIL ACTION No. 17-312 |
| | : | (BANKRUPTCY No. 16-301) |
| IN RE: EVELYN RIVERA | : | CIVIL ACTION No. 17-408 |
| | : | (BANKRUPTCY No. 16-16269) |

### Order

**AND NOW**, this 2nd day of February, 2017, upon consideration of *pro se* movant John J. Lynch's Motion to Consolidate for Appeal Civil Action Nos. 17-312 and 17-408 (Doc. No. 2), **it is hereby ORDERED** that all non-movants represented by counsel in the above-referenced actions shall file a response to Mr. Lynch's motion on or before February 17, 2017.[1]

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

*ENTERED FEB -6 2017 CLERK OF COURT*

---

[1] The term "non-movants" in this Order refers to all parties, such as defendants, debtors, and trustees, who have not moved to consolidate the above-referenced actions.