UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

January 27, 2017

Re:     Evelyn Rivera
        Bankruptcy No.: 16-16269AMC
        Civil Action No. 17-408

Dear Mary C. Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

( ) Certificate of appeal from order entered by the Honorable .
    Notice of appeal filing fee ( )paid   ( )not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
    ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

(X) Other: Petition to Proceed In Forma Pauperis and Motion/Petition to Consolidate for Appeal

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk
        Stacey
By:_____
Deputy Clerk

---

Received Above material or record tile this 30th day of Jan., 2017.

Civil Action No. 17-408        Signature: KSabol

Miscellaneous No. _____        Date: 1/30/17

Assigned to Judge Pratter

BFL5.frm(rev 2/15)