United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-16269-amc
Evelyn Rivera                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1            Date Rcvd: Mar 09, 2017
                                Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
db            +Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 10 2017 02:09:27     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 02:09:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 02:09:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 02:13:07     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           John Lynch
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company ecfmail@mwc-law.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              JENNIFER   SCHULTZ    on behalf of Debtor Evelyn  Rivera jschultz@clsphila.org
              JENNIFER   SCHULTZ    on behalf of Defendant Evelyn  Rivera jschultz@clsphila.org
              KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA KMcDonald@blankrome.com
              THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

Case 16-16269-amc   Doc 46   Filed 03/11/17   Entered 03/12/17 01:12:26   Desc Imaged
Certificate of Notice   Page 2 of 2
Case 2:17-cv-00312-LDD   Document 11   Filed 03/03/17   Page 1 of 1

TO: BKy Court (C. McGrath)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN J. LYNCH | : | CIVIL ACTION |
| | : | NO.: 17-cv-0312 |
| | : | (Bankruptcy No. 16-301) |

| | | |
|---|---|---|
| IN RE: EVELYN RIVERA | : | CIVIL ACTION |
| | : | NO.: 17-cv-0408 |
| | : | (Bankruptcy No. 16-16269) |

## O R D E R

AND NOW, this 3rd day of MARCH, 2017, in accordance with Local Civil Rule 40.1(c)(2), it is hereby

ORDERED that the above-captioned related cases are reassigned from the calendar of the Honorable Gene E.K. Pratter to the calendar of the Honorable Legrome D. Davis, as related to *In Re: Evelyn Rivera*, Civil Action No.: 16-cv-5493.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

*Kate Barkman*

KATE BARKMAN
Clerk of Court