IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| IN RE EVELYN RIVERA | : |  |
|  | : | NO. 17-cv-408 |

## ORDER

AND NOW, this 20th day of June 2017, upon review of the Court's records indicating that Appellant has not filed a brief pursuant to the Court's May 10, 2017 Order (Doc. No. 12), it is hereby ORDERED that Appellant shall serve and file a brief on or before Wednesday, July 5, 2017. Continued failure to serve and file a brief may result in dismissal of the above-captioned matter. See Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984)

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

ENTERED
JUN 20 2017
CLERK OF COURT

