IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                  :        CIVIL ACTION
                        :
EVELYN RIVERA           :        NO.:  17-cv-0408

*16-16269*

ORDER

AND NOW, this 3rd day of OCTOBER, 2017, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Legrome D. Davis, to the calendar of the Honorable Joel H. Slomsky.

FOR THE COURT:

LAWRENCE F. STENGEL
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court