**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Evelyn Rivera<br><br>              Debtor(s)<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>              Movant<br>      vs.<br><br>Gary F. Seitz, Trustee<br>Evelyn Rivera<br>              Respondent(s) | Chapter 7<br>Bankruptcy No. 16-16269-AMC |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 14, 2018

| | | |
|---|---|---|
| Evelyn Rivera<br>10814 Modena Terrace<br>Philadelphia, Pennsylvania 19154 | Jennifer Schultz<br>North Philadelphia Law Center<br>Community Legal Services<br>1410 W. Erie Avenue<br>Philadelphia, Pennsylvania 19140-4111<br>Attorney for Debtor | Gary F. Seitz<br>Gellert Scali Busenkell & Brown LLC<br>601 Walnut Street<br>Suite 280 South<br>Philadelphia, Pennsylvania 19106<br>Trustee |

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

        /s/ Ann E. Swartz
        ANN E. SWARTZ, ESQUIRE, I.D. # 201926
        CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
        ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
        Attorney for Bayview Loan Servicing, LLC

123 South Broad Street, Suite 1400  
Philadelphia, PA 19109  
Telephone: (215) 790-1010  
Facsimile: (215) 790-1274  
Email: ecfmail@mwc-law.com