IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EVELYN RIVERA,<br><br>　　　　Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>　　　　Movant,<br><br>　　v.<br><br>EVELYN RIVERA, and<br>GARY F. SEITZ, Chapter 7 Trustee.<br><br>　　　　Respondents. | Bankruptcy No. 16-16269-amc<br><br>Chapter 7<br><br>Document No. 62 & 63 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 19th day of February, 2019, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 62) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 63) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Evelyn Rivera
10814 Modena Terrace
Philadelphia, PA 19154

Jennifer Schultz, Esq.,
Counsel for Debtor
Community Legal Services
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140-4111

Gary F. Seitz
Chapter 7 Trustee
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

    Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

                                By: /s/ Keri P. Ebeck
                                Keri P. Ebeck, Esq.
                                PA I.D. #91298
                                kebeck@bernsteinlaw.com
                                Suite 2200, Gulf Tower
                                Pittsburgh, PA 15219
                                Phone (412) 456-8112
                                Fax: (412) 456-8135

                                *Counsel for Consumer Portfolio Services, Inc.*