IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> EVELYN RIVERA, <br><br> Debtor, <br><br> CONSUMER PORTFOLIO SERVICES, INC. <br><br> Movant, <br><br> v. <br><br> EVELYN RIVERA, and <br> GARY F. SEITZ, Chapter 7 Trustee. <br><br> Respondents. | Bankruptcy No. 16-16269-amc <br><br> Chapter 7 <br><br> Document No. |

ORDER OF COURT

AND NOW, this  18th day of  March            , 2019, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2014 Hyundai Accent Sedan 4D GLS 1.6L I4, VIN# KMHCT4AE7EU690766; and,

    b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

    c. Consumer Portfolio Services, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge