# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Evelyn Rivera<br><br>Debtor(s)<br><br>Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company, or its Successor or Assignee<br>          Movant<br>    vs.<br><br>GARY F. SEITZ, Trustee<br>Evelyn Rivera<br>          Respondent(s) | Chapter 7<br>Bankruptcy No. 16-16269-amc |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: September 26, 2019

| | | |
|---|---|---|
| Evelyn Rivera<br>10814 Modena Ter<br>Philadelphia, Pennsylvania 19154 | JENNIFER SCHULTZ<br>Community Legal Services<br>North Philadelphia Law Center<br>1410 W. Erie Avenue<br>Philadelphia, Pennsylvania 19140-4111<br>Attorney for Debtor | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, Pennsylvania 19103<br>Trustee |

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID # 87830
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com