# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| EVELYN RIVERA, | :     Bankruptcy No. 16-16269-AMC |
| | : |
|     Debtor | : |

## CERTIFICATE OF SERVICE

I, Jennifer Schultz, Esq., hereby certify that the foregoing Debtor's Response to Motion for Relief from Automatic Stay, service list, proposed order, and this Certificate of Service were served upon the following parties, via electronic means on 10/9/2019:

Ann E. Schwartz, Esq.
McCabe, Weisberg & Conway, LLC
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109

Gary F. Seitz
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date October 9, 2019                  /s/ Jennifer Schultz
                                                        Jennifer Schultz, Esq.
                                                        Attorney for Evelyn Rivera