## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
EVELYN RIVERA,                                  :     Bankruptcy No. 16-16269-AMC
                                                :
          Debtor                                :

## ORDER

AND NOW, this                     day of                              , 2019, upon

consideration of the Motion of Bayview Loan Servicing, LLC as servicer for Metropolitan Life

Insurance Company, or its Successor or Assignee for Relief from Automatic Stay Under § 362(a)

and response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED, and

the stay is hereby MODIFIED to permit Bayview Loan Servicing, LLC as servicer for

Metropolitan Life Insurance Company, or its Successor or Assignee to pursue foreclosure in state

court, and, without limitation, to exercise any other rights it has under the mortgage or with

respect to the property located at 10814 Modena Terrace, Philadelphia Pennsylvania 19154, such

actions may include, but are not limited, to selling the property at a Sheriff's Sale if permitted by

a state court, entering into a loan modification, or signing a deed in lieu of foreclosure, and it is

further

ORDERED that Movant shall be permitted to communicate with Debtor, Debtor's

counsel, and other parties designated by Debtor to the extent necessary to comply with applicable

non-bankruptcy law; and it is further

ORDERED that Movant may pursue any and all loss mitigation options with respect to

the Debtor(s) or the real property described above, including, but not limited to a repayment

agreement, loan modification, short sale, or deed-in-lieu of foreclosure, and it is further

1

ORDERED that Debtor may pursue any and all loss mitigation options with respect to the real property described above, including, but not limited to a entering repayment agreement, loan modification, short sale, deed-in-lieu of foreclosure, or encumbering the property with a subordinate lien as part of a third party rescue loan program such as Pennsylvania's Homeownership Emergency Mortgage Assistance Program (HEMAP).

BY THE COURT:

_____

Ashely M. Chan
United States Bankruptcy Judge