United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Evelyn Rivera  
       Debtor

Case No. 16-16269-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 30, 2019  
                        Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.  
db        +Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:44     City of Philadelphia,  
           City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
           Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:38:07  
           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
           Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr          E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:36     Synchrony Bank,  
           c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
           Miami, FL  33131-1605  
                                                                                                                             TOTAL: 4

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          John Lynch  
                                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:  
         ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com  
         DAVID A DEFLECE    on behalf of Defendant    Bayshore Loan Servicing ddeflece@blankrome.com  
         DAVID A DEFLECE    on behalf of Defendant    BANK OF AMERICA ddeflece@blankrome.com  
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com  
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com  
         JENNIFER SCHULTZ    on behalf of Debtor Evelyn Rivera jschultz@clsphila.org  
         JENNIFER SCHULTZ    on behalf of Defendant Evelyn Rivera jschultz@clsphila.org  
         KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Defendant    Bayshore Loan Servicing tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                 TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
EVELYN RIVERA,                                  :    Bankruptcy No. 16-16269-AMC
                                                :
    Debtor                                      :

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion of Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company, or its Successor or Assignee for Relief from Automatic Stay Under § 362(a) and response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED, and the stay is hereby MODIFIED to permit Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company, or its Successor or Assignee to pursue foreclosure in state court, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at 10814 Modena Terrace, Philadelphia Pennsylvania 19154, such actions may include, but are not limited, to selling the property at a Sheriff's Sale if permitted by a state court, entering into a loan modification, or signing a deed in lieu of foreclosure, and it is further

ORDERED that Movant shall be permitted to communicate with Debtor, Debtor's counsel, and other parties designated by Debtor to the extent necessary to comply with applicable non-bankruptcy law; and it is further

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including, but not limited to a repayment agreement, loan modification, short sale, or deed-in-lieu of foreclosure, and it is further

1

ORDERED that Debtor may pursue any and all loss mitigation options with respect to the real property described above, including, but not limited to a entering repayment agreement, loan modification, short sale, deed-in-lieu of foreclosure, or encumbering the property with a subordinate lien as part of a third party rescue loan program such as Pennsylvania's Homeownership Emergency Mortgage Assistance Program (HEMAP).

BY THE COURT:

**Date: October 29, 2019**

Ashely M. Chan
United States Bankruptcy Judge