# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| EVELYN RIVERA, | : | Bankruptcy No. 16-16269-AMC |
| | : | |
| Debtor | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Debtor Evelyn Rivera in reference to the above-captioned matter.

Date: November 19, 2019           Signed: /s/ Jennifer Schultz
                                          Jennifer Schultz, Esquire
                                          Community Legal Services, Inc.
                                          1410 W. Erie Ave.
                                          Philadelphia, PA 19140
                                          Tel.: (215) 227-2400

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of on behalf of Debtor Evelyn Rivera in reference to the above-captioned matter.

Date November 19, 2019           /s/ Rachel Labush
                                  Rachel Labush, Esq.
                                  Attorney for Defendants Hay and Marziani
                                  Community Legal Services
                                  1424 Chestnut Street
                                  Philadelphia, PA 19102
                                  215-981-3739

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| EVELYN RIVERA, | : | Bankruptcy No. 16-16269-AMC |
| | : | |
| Debtor | : | |

### CERTIFICATE OF SERVICE

I, Rachel Labush, Esq., hereby certify that the foregoing Withdrawal and Entry of Appearance and this Certificate of Service have been filed electronically and are available for viewing and downloading from the ECF system, I further certify that the foregoing will be served upon the following parties, via first class mail on 11/19/2019:

John J. Lynch, Sr.
Inmate # NF-7973
Smithfield SCI
1120 Pike Street
P.O. Box 999
Huntingdon, PA 16652

Smart Communications/PADOC
John J. Lynch, NF-7973
SCI Smithfield
P.O. Box 33028
St. Petersburg, FL 33733

I further certify that the foregoing was served via electronic means upon the following:

Gary Seitz, Esq.
Chapter 7 Trustee
gseitz@gsbblaw.com

United States Trustee
Office of the U.S. Trustee
USTPRegion03.PH.ECF@usdoj.gov

Ann Schwartz, Esq.
Celine P. Derikorian, Esq.
ecfmail@mwc-law.com

      Thomas Puleo, Esq.
      bkgroup@kmllawgroup.com

      Keri Ebeck, Esq.
      kebeck@bernsteinlaw.com

      Synchrony Bank
      c/o Recovery Management Systems Corp.
      claims@recoverycorp.com


Date November 19, 2019                   /s/ Rachel Labush
                                                      Rachel Labush, Esq.
                                                      Attorney for Appellee Evelyn Rivera