United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Evelyn Rivera  
    Debtor

Case No. 16-16269-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　Page 1 of 1　　Date Rcvd: Jun 29, 2020  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.  
db　　　　　+Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:

    ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com  
    DAVID A DEFLECE    on behalf of Defendant    Bayshore Loan Servicing ddeflece@blankrome.com  
    DAVID A DEFLECE    on behalf of Defendant    BANK OF AMERICA ddeflece@blankrome.com  
    GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net  
    GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net  
    JENNIFER SCHULTZ    on behalf of Defendant Evelyn Rivera jschultz@clsphila.org  
    KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing bkgroup@kmllawgroup.com  
    KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA bkgroup@kmllawgroup.com  
    RACHEL LABUSH    on behalf of Debtor Evelyn Rivera RLabush@clsphila.org  
    THOMAS I. PULEO    on behalf of Defendant    Bayshore Loan Servicing tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7

Evelyn Rivera                                                   : Case No. 16−16269−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

82
Form 195