United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-16269-amc
Evelyn Rivera                                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey           Page 1 of 1           Date Rcvd: Jun 29, 2020
                       Form ID: 195            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.
db             +Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 04:43:31      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              John Lynch
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for Metropolitan Life Insurance Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com
      DAVID A DEFLECE    on behalf of Defendant    Bayshore Loan Servicing ddeflece@blankrome.com
      DAVID A DEFLECE    on behalf of Defendant    BANK OF AMERICA ddeflece@blankrome.com
      GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net
      GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net
      JENNIFER SCHULTZ    on behalf of Defendant Evelyn  Rivera jschultz@clsphila.org
      KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA bkgroup@kmllawgroup.com
      RACHEL LABUSH    on behalf of Debtor Evelyn  Rivera RLabush@clsphila.org
      THOMAS I. PULEO    on behalf of Defendant    Bayshore Loan Servicing tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Evelyn Rivera : Case No. 16−16269−amc

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 29, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

83
Form 195