United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-16269-amc
Evelyn Rivera                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey             Page 1 of 3              Date Rcvd: Jun 29, 2020
                              Form ID: 318             Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
```
db          +Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920
13787620     ABC Financial Services,    PO Box 6800,    North Little Rock, AR 72124-6800
13787621    +AES/M&T - PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
13787628     Aria Health,    PO Box 8500-6395,    Philadelphia, PA 19178-0001
13787629    +Aria Health,    4900 Frankford Avenue,    Philadelphia, PA 19124-2618
13787630    +Aria Health FastCare,    9910 Frankford Avenue,    Philadelphia, PA 19114-1900
13787633     Asset Maximization Group, Inc.,    PO Box 190191,    South Richmond Hill, NY 11419-0191
13787640    +Capital One Auto Finance,    2525 Corporate Place,    2nd Floor, Suite #250,
               Monterey Park, CA 91754-7661
13787641     Cavalier Telephone,    P.O. Box 37284,    Baltimore, MD 21297-3284
13787643    +Central Credit Services LLC,    500 North Franklin Turnpike, Ste 200,    Ramsey, NJ 07446-1160
13787646     Citibank, N.A.,    PO Box 469100,    Escondido, CA 92046-9100
13787647     City of Philadelphia,    PO Box 785912,    Philadelphia, PA 19178-5912
13787648    +Commercial Recovery Group,    1012 State College Road Ste. 203,    Dover, DE 19904-6506
13787649   #+Constar Financial Services, LLC,    3561 West Bell Road,    Phoenix, AZ 85053-2965
13787652    +Crozer-Chester Medical Center,    1 Medical Center Blvd,    Chester, PA 19013-3995
13787653    +Crozer-Keystone Health System,    100 West Sproul Road,    Springfield, PA 19064-2033
13787654     Crozer/Taylor/Springfield,    Lockbox 8741,    PO Box 8500,    Philadelphia, PA 19178-8741
13787655    +Diagnostic Imaging Inc.,    10160 Bustleton Avenue,    Philadelphia, PA 19116-3749
13787657     East PA Emergency Physicians, LLC,    PO Box 37910,    Philadelphia, PA 19101-7910
13787658    +Erik Rivera,    10814 Modena Ter.,    Philadelphia, PA 19154-3920
13787659     Financial Recoveries,    200 East Park Drive, Suite 100,    P.O. Box 1388,
               Mount Laurel, NJ 08054-7388
13787661    +Friends Hospital,    4641 Roosevelt Blvd,    Philadelphia, PA 19124-2398
13787662    +Giant Fitness,    3250 Red Lion Road,    Philadelphia, PA 19114-1109
13787663     HCFS Healthcare Financial Services,    3585 Ridge Park Drive,    Akron, OH 44333-8203
13787665    +J.P. Morgan Chase Bank, as Trustee,    4828 Loop Central Drive,    Houston, TX 77081-2212
13787666    +Jay E. Kivitz,    7901 Ogontz Avenue,    Philadelphia, PA 19150-1409
13787667    +John Lynch,    3281 Red Lion Rd Apt. 1,    Philadelphia, PA 19114-1108
13787669    +Luz N. Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920
13787670    +Luz Rivera,    10814 Modena Terrace,    Philadelphia, PA 19154-3920
13787673    +National Creditors Connection, Inc.,    14 Orchard Road,    Lake Forest, CA 92630-8313
13787675     Nazareth Hospital,    PO Box 824034,    Philadelphia, PA 19182-4840
13787674     Nazareth Hospital,    PO Box 824840,    Philadelphia, PA 19182-4840
13787678    +Pennsylvania Heart & Vascular Group,    P.O. Box 68,    Huntingdon Valley, PA 19006-0068
13787679     Performant Recovery Inc.,    PO Box 9057,    Pleasanton, CA 94566-9057
13787680     Phiadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13787681     Philadelphia Fire Department-EMS,    PO Box 56317,    Philadelphia, PA 19130-6317
13787682    +Pittsburgh Parking Court,    240 4th Avenue,    Pittsburgh, PA 15222-1708
13787683     Professional Account Management, Inc.,    PO Box 391,    Milwaukee, WI 53201-0391
13787684    +Quest Diagnostics,    PO Box 13589,    Philadelphia, PA 19101-3589
13787685     Radiology Affiliates of Central NJ PC,    PO Box 371863,    Pittsburgh, PA 15250-7863
13787686     Retro Fitness,    PO Box 6800,    Sherwood, AR 72124-6800
13787687     Sirius XM Radio Inc,    PO Box 9001399,    Louisville, KY 40290-1399
14427907    +Smart Communications/PADOC,    John J. Lynch, Sr., NF-7973,    SCI Smithfield,    P.O. Box 33028,
               St. Petersburg, FL 33733-8028
13787690     The Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368
13787691    +Transworld Systems Inc.,    5880 Commerce Blvd.,    Rohnert Park, CA 94928-1644
13787693     United Telemanagement Corp.,    PO Box 145465,    Cincinnati, OH 45250-5465
13787695     Virtual Radiologic Corporation,    3625 Quakerbridge Road,    Trenton, NJ 08619-1268
13787697    +Water Revenue Bureau,    PO Box 1288,    Philadelphia, PA 19105-1288
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 30 2020 04:42:27     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2020 04:42:05
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2020 04:42:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13787626    +EDI: RMCB.COM Jun 30 2020 08:33:00      AMCA,    2269 South Saw Milll River Rd.,    Building 3,
               Elmsford, NY 10523-3848
13787631     EDI: ARSN.COM Jun 30 2020 08:33:00      ARS National Services, Inc.,    PO Box 463023,
               Escondido, CA 92046-3023
13787632    +EDI: ACCE.COM Jun 30 2020 08:33:00      ASSET ACCEPTANCE CORP,    PO BOX 2036,
               28405 VAN DYKE RD,    Warren, MI 48093-7132
13787622     EDI: AFNIRECOVERY.COM Jun 30 2020 08:33:00      Afni Inc.,    1310 Martin Luther King Drive,
               PO Box 3517,    Bloomington, IL 61702-3517
13787623    +E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 30 2020 04:41:44     Alliance One,
               4850 Street Road,    Level C,    Feasterville Trevose, PA 19053-6643
13787624     EDI: CCS.COM Jun 30 2020 08:33:00      Allstate Insurance Company,    PO Box 55126,
               Boston, MA 02205-5126
```

```
District/off: 0313-2                  User: Stacey                 Page 2 of 3                  Date Rcvd: Jun 29, 2020
                                      Form ID: 318                 Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13787625        EDI: GMACFS.COM Jun 30 2020 08:33:00      Ally Financial,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
13787627       +EDI: AMEREXPR.COM Jun 30 2020 08:33:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
13787634        EDI: BANKAMER2.COM Jun 30 2020 08:33:00      Bank of America,    PO Box 25118,
                 Tampa, FL 33622-5118
13787635        EDI: BANKAMER.COM Jun 30 2020 08:33:00      Bank of America,    P.O. Box 15480,
                 Wilmington, DE 19850-5480
13787636       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 30 2020 04:42:19
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd,    Suite 500,
                 Coral Gables, FL 33146-1873
13787642       +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 30 2020 04:42:17      CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13787637       +E-mail/Text: clientrep@capitalcollects.com Jun 30 2020 04:42:34      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
13787638       +E-mail/Text: cms-bk@cms-collect.com Jun 30 2020 04:41:52      Capital Management Serices, LP,
                 726 Exchange Street, Suite 700,    Buffalo, New York,    Buffalo, NY 14210-1464
13787639       +EDI: CAPONEAUTO.COM Jun 30 2020 08:33:00      Capital One Auto Finance,    PO Box 259407,
                 Plano, TX 75025-9407
13787645       +EDI: CITICORP.COM Jun 30 2020 08:33:00      Citibank, N.A.,    701 East 60th Street,
                 Sioux Falls, SD 57104-0493
13787650        E-mail/Text: bankruptcy@consumerportfolio.com Jun 30 2020 04:42:14
                 Consumer Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
13787651       +EDI: CCS.COM Jun 30 2020 08:33:00      Credit Collection Services,    2 Wells Avenue,
                 Newton Center, MA 02459-3246
13787656        EDI: DIRECTV.COM Jun 30 2020 08:33:00      DirecTV, Inc.,    Payment Center,    P.O.Box 78626,
                 Phoenix, AZ 85062-8626
13787660        EDI: FSAE.COM Jun 30 2020 08:33:00      Firstsource Advantage, LLC,    PO Box 628,
                 Buffalo, NY 14240-0628
13787644        EDI: JPMORGANCHASE Jun 30 2020 08:33:00      Chase Card Member Services,    PO Box 15298,
                 Wilmington, DE 19850-5919
13787668       +EDI: LTDFINANCIAL.COM Jun 30 2020 08:33:00       LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13787671        EDI: MID8.COM Jun 30 2020 08:33:00      Midland Credit Management, Inc.,     P.O. Box 60578,
                 Los Angeles, CA 90060-0578
13787672       +EDI: MID8.COM Jun 30 2020 08:33:00      Midland Funding LLC,    8875 Aero DR,    Suite 200,
                 San Diego, CA 92123-2255
13787676        E-mail/Text: egssupportservices@alorica.com Jun 30 2020 04:42:14      NCO Financial Group,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13787677       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 30 2020 04:41:52      PECO,    PO Box 37629,
                 Philadelphia, PA 19101-0629
13816769       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 30 2020 04:41:52      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13789795        EDI: RECOVERYCORP.COM Jun 30 2020 08:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13787688        EDI: AISTMBL.COM Jun 30 2020 08:33:00      T-Mobile,    PO Box 37380,
                 Albuquerque, NM 87176-7380
13787692       +EDI: URSI.COM Jun 30 2020 08:33:00      United Recovery Systems Incorporated,    PO Box 722929,
                 5800 North Course Drive,    Houston, TX 77072-1613
13787694        EDI: VERIZONCOMB.COM Jun 30 2020 08:33:00      Verizon,    500 Technology Dr,
                 Saint Charles, MO 63304-2225
13787696       +E-mail/Text: megan.harper@phila.gov Jun 30 2020 04:42:27      Water Revenue Bureau,
                 1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13787698       +E-mail/Text: notices@burt-law.com Jun 30 2020 04:42:33      Yale D. Weinstein,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5601
                                                                                               TOTAL: 36

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13787664       ##Infectious Diseases Associates, P.C.,    9501 Roosevelt Boulevard Suite 208,
                 Philadelphia, PA 19114-1027
13787689       ##Tate & Kirlin Associates, Inc.,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Stacey              Page 3 of 3              Date Rcvd: Jun 29, 2020
                              Form ID: 318              Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for Metropolitan
               Life Insurance Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company ecfmail@mwc-law.com
              DAVID A DEFLECE    on behalf of Defendant    Bayshore Loan Servicing ddeflece@blankrome.com
              DAVID A DEFLECE    on behalf of Defendant    BANK OF AMERICA ddeflece@blankrome.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              JENNIFER   SCHULTZ    on behalf of Defendant Evelyn  Rivera jschultz@clsphila.org
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA bkgroup@kmllawgroup.com
              RACHEL   LABUSH    on behalf of Debtor Evelyn  Rivera RLabush@clsphila.org
              THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    Bayshore Loan Servicing tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Evelyn Rivera** | Social Security number or ITIN **xxx–xx–2232** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **16–16269–amc** | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Evelyn Rivera

<u>6/29/20</u>                                         **By the court:**   <u>Ashely M. Chan</u>
                                                                      United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**