UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

Kate Barkman  
Clerk of Court

Clerk's Office  
215-597-7704

1/7/2021

Timothy McGrath  
Clerk  
U.S. Bankruptcy Court  
900 Market Street  
Suite 400  
Philadelphia,  PA   19107-4299

           RE:    IN RE: RIVERA  
                   CA No.   17-cv-00408  
                   Bky. No. 16-16269

Dear Mr. McGrath:

     Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 07/02/2018.

     Kindly acknowledge receipt on the copy of letter provided.

                                      Sincerely,

                                      Kate Barkman  
                                      Clerk of Court

                                      By:  s/Ashley Mastrangelo  
                                          Ashley Mastrangelo, Deputy Clerk

Received above record this   7th   day of   January 2021.

                                      /s/ Sara I Roman  
                                         (Signature)

bankrec.frm